# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>JENNY LIZBETH GARCIA-LUNA (1)<br><br>　　　　　　　　　Defendant. | Case No. 17CR0300-CAB<br><br>JUDGMENT OF DISMISSAL |

**FILED 17 MAR 27 AM 11:25 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA  MPL  DEPUTY**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__　　Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

X　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__　　the Court has dismissed the case for unnecessary delay; or

__　　the Court has granted the motion of the Government for dismissal, without prejudice; or

__　　the Court has granted the motion of the defendant for a judgment of acquittal; or
__　　a jury has been waived, and the Court has found the defendant not guilty; or

__　　the jury has returned its verdict, finding the defendant not guilty;

X　　of the offense(s) as charged in the Indictment/Information:

　　Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i) – Transportation of Certain Aliens for Financial Gain and Aiding and Abetting.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 3/24/2017

　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　United States District Judge